# UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
DISTRICT OF WYOMING

DISTRICT OF WYOMING                JAN 0 3 2007

Stephan Harris, Clerk
Cheyenne

UNITED STATES OF AMERICA

V.       CRIMINAL COMPLAINT

**TIMOTHY WEEKES**     CASE NUMBER: 07-m-04-B

I, Flint Waters, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT ONE

On or about December 26, 2006, in Laramie County, in the District of Wyoming, the Defendant, **TIMOTHY WEEKES, using a means of interstate commerce, namely the Internet, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which an individual could be charged with a criminal offense, to wit: the Defendant, TIMOTHY WEEKES, during an online chat, attempted to persuade an individual he knew from the internet as Sheila Grant, a 12 year old female, to engage in masturbation, W.S. § 6-4-303, commonly known as child exploitation,**

in violation of Title 18 United States Code, Section 2422(b).

**See Attached Page for Count Two**

I further state that I am a Special Agent with the Wyoming Attorney General's Office, Division of Criminal Investigation, and that this complaint is based on the following facts:

1.     I am a peace officer for the State of Wyoming Attorney General, Division of Criminal Investigation, and was first certified as a professional peace officer in the State of Wyoming in 1986.

Continued on the attached sheet and made a part hereof:    X Yes     No

Signature of Complainant
**FLINT WATERS**

Sworn to before me and subscribed in my presence,

**January 3, 2007**     at     **Cheyenne, Wyoming**

Date                                                 City and State

**HON. WILLIAM C. BEAMAN**
**Federal Magistrate Judge**

Name & Title of Judicial Officer            Signature of Judicial Officer

# COUNT TWO

On or about December 14, 2002, in the District of Wyoming, the Defendant, **TIMOTHY WEEKES,** attempted to persuade, induce, and entice a minor, namely one "Sheila Grant," a person he thought to be a 12 year old girl, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such visual depiction, if created, would have been transported in interstate commerce.

In violation of 18 U.S.C. § 2251(a) and (e).

## SWORN STATEMENT OF FLINT WATERS

## IN SUPPORT OF CRIMINAL COMPLAINT (Timothy Weekes)

I have over 2300 hours of training recognized and certified by the Wyoming Peace Officers Standards and Training Commission (POST) and have been trained in the investigation of computer use in the exploitation of children and trained in the methods of forensic analysis of computers used in criminal activity. I am a POST certified instructor and have taught in the areas of Internet undercover investigations and digital evidence management. I have been assigned to operate in an undercover capacity on the Internet by the Director of the DCI for the purpose of identifying and investigating persons attempting to exploit or solicit sexual acts with children. I have been recognized by the Federal District Court in and for the District of Wyoming as an expert in Internet investigations in United States v. Benjamin Brown, Docket Number 02-CR-0150-D, and United States v. Terrance Thomas, Docket Number 03-CR-0174-J. I am cross designated as a Customs Officer with U.S. Immigration and Customs Enforcement (ICE) and this application is being made in that capacity.

2. This affidavit is based upon information I have gained from my investigation and my training and experience. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that **TIMOTHY WEEKES** used the internet in an attempt to persuade, induce, and entice an individual he believed had not attained the age of 18 years to engage in sexual activity for which an individual could be charged with a criminal offense, in violation of Title 18, United States Code, Section § 2422(b), and attempted to persuade, induce, and entice an individual

3

who had not attained the age of 18 to engage in explicit sexual activity for the purpose of making a visual depiction of such sexual activity using knowing or having reason to believe that said images would travel in interstate commerce, in violation of 18 U.S.C. § 2251(a) and (e).

3. On December 26th, 2006, Your Complainant was online in the undercover capacity of Sher_girl_12, a twelve year old Sheridan, Wyoming, girl. Your Complainant was in a YAHOO! chat room relating to Montana residents seeking relationships when he was contacted by Tim WEEKES. WEEKES was using the Yahoo account "weekescustomsaddlery."

4. The following excerpts were copied from the recorded chat[1]:

weekescustomsaddlery (12/26/2006 1:36:08 PM): hello sheila
weekescustomsaddlery (12/26/2006 1:36:18 PM): how are you today
Sheila Grant (12/26/2006 1:36:28 PM): ok, u?
weekescustomsaddlery (12/26/2006 1:37:05 PM): iam good today I think
weekescustomsaddlery (12/26/2006 1:41:17 PM): are you having any fun today yet
Sheila Grant (12/26/2006 1:41:24 PM): na just hangin out
Sheila Grant (12/26/2006 1:41:27 PM): u?
weekescustomsaddlery (12/26/2006 1:41:51 PM): no not to much yet
weekescustomsaddlery (12/26/2006 1:42:09 PM): just hopeing to find some
Sheila Grant (12/26/2006 1:42:18 PM): cool
weekescustomsaddlery (12/26/2006 1:42:59 PM): yep yep
weekescustomsaddlery (12/26/2006 1:43:31 PM): do you have any pics I can see if I may that is
Sheila Grant (12/26/2006 1:43:46 PM): no mom made me take them off yahoo
weekescustomsaddlery (12/26/2006 1:44:33 PM): that sucks
Sheila Grant (12/26/2006 1:44:43 PM): ya
weekescustomsaddlery (12/26/2006 1:45:01 PM): what was they bad ones
Sheila Grant (12/26/2006 1:45:17 PM): she said they were not cool cus I am only 12, she always all like that
weekescustomsaddlery (12/26/2006 1:46:25 PM): iam sorry

---

[1] During the course of the online chat, WEEKES designated "Sher_girl_12" an online friend. Because of a software function installed in YAHOO! software, once an online acquaintance is designated as a friend the person's name, as listed in their YAHOO! profile, is displayed on the log of the chat.

Sheila Grant (12/26/2006 1:46:39 PM): ya it sux
weekescustomsaddlery (12/26/2006 1:46:52 PM): well I bet you are cute tho

weekescustomsaddlery (12/26/2006 2:18:53 PM): iam 39
Sheila Grant (12/26/2006 2:19:00 PM): wild
weekescustomsaddlery (12/26/2006 2:19:15 PM): I hope you don't mind
Sheila Grant (12/26/2006 2:19:27 PM): I don't mind if u are 39 lol
Sheila Grant (12/26/2006 2:19:32 PM): u cool that I am 12?
weekescustomsaddlery (12/26/2006 2:19:42 PM): cool I like that

5. At approximately 2:33:49 PM on December 26, 2006, "weekscustomsaddlery" sent a digital image of himself to "Sher_girl -12." Your Complainant received the image and preserved it for evidentiary purposes.

6. On December 26, 2006, Your Complainant continued to chat with "weekscustomsaddlery." Additional excerpts of the December 26th chat are below:

Tim Weekes (12/26/2006 2:44:43 PM): so what would you like to talk about, anything you want is great with me
Sheila Grant (12/26/2006 2:44:48 PM): me too
Tim Weekes (12/26/2006 2:47:02 PM): well that could be a little risky tho
Sheila Grant (12/26/2006 2:47:16 PM): what coud?
Tim Weekes (12/26/2006 2:47:53 PM): if we talk about anything at all
Sheila Grant (12/26/2006 2:48:02 PM): lol ok we don't gotta
Tim Weekes (12/26/2006 2:48:27 PM): we can tho if you want to
Tim Weekes (12/26/2006 2:48:43 PM): I don't mind any if you don't
Sheila Grant (12/26/2006 2:48:51 PM): whateva
Tim Weekes (12/26/2006 2:50:43 PM): you are so cool
Sheila Grant (12/26/2006 2:50:52 PM): thx, u r cool 2
Tim Weekes (12/26/2006 2:51:14 PM): I have found that the younger girls like talking about anything
Tim Weekes (12/26/2006 2:51:19 PM): thanks
Sheila Grant (12/26/2006 2:51:55 PM): ya pretty open I gess
Tim Weekes (12/26/2006 2:52:20 PM): yep and that is cool I like that
Tim Weekes (12/26/2006 2:53:14 PM): may I ask you if you like talking about sex and your body
Sheila Grant (12/26/2006 2:53:24 PM): sometimes

Tim Weekes (12/26/2006 3:08:07 PM): would you think you mite want to have fun sometime with me
Tim Weekes (12/26/2006 3:08:16 PM): only if you want to

Sheila Grant (12/26/2006 3:08:19 PM): like what?
Tim Weekes (12/26/2006 3:08:31 PM): yes I do like younger girls
Sheila Grant (12/26/2006 3:08:37 PM): thats cool
Tim Weekes (12/26/2006 3:08:51 PM): anything you want to start with
Sheila Grant (12/26/2006 3:09:05 PM): well what all do u like to do?
Tim Weekes (12/26/2006 3:09:46 PM): and I wouldnt tell anyone at all ok, it would be between us
Sheila Grant (12/26/2006 3:09:55 PM): ya I woud get so busted
Tim Weekes (12/26/2006 3:10:25 PM): I like talking durty and playing on cam
Tim Weekes (12/26/2006 3:10:39 PM): I know and I would too

Tim Weekes (12/26/2006 3:23:02 PM): will start by playing with your young tits
Sheila Grant (12/26/2006 3:23:10 PM): not very big
Tim Weekes (12/26/2006 3:23:21 PM): I hope you don't mind me talking that way
Tim Weekes (12/26/2006 3:23:49 PM): they don't have to be big to have fun with

Tim Weekes (12/26/2006 3:34:35 PM): well what would you like to do cutie
Sheila Grant (12/26/2006 3:34:47 PM): u tell me
Tim Weekes (12/26/2006 3:35:33 PM): I don't know cutie I don't know what you are game for
Sheila Grant (12/26/2006 3:35:48 PM): pretty open I think
Tim Weekes (12/26/2006 3:36:14 PM): oh really now
Sheila Grant (12/26/2006 3:36:35 PM): I think so just not sure what I woud be good at
Tim Weekes (12/26/2006 3:36:59 PM): why do you think that
Sheila Grant (12/26/2006 3:37:21 PM): cus I am only 12 lol
Tim Weekes (12/26/2006 3:37:44 PM): you would be good at a lot
Sheila Grant (12/26/2006 3:38:05 PM): but I neva did much
Tim Weekes (12/26/2006 3:38:37 PM): what have you done, we can start there ok
Sheila Grant (12/26/2006 3:38:51 PM): I cant just say it
Tim Weekes (12/26/2006 3:39:29 PM): yes you can you are just talking to me and it is all oki with me
Tim Weekes (12/26/2006 3:39:41 PM): so you can tell me
Sheila Grant (12/26/2006 3:39:49 PM): how bout u ask and I say yes or no
Tim Weekes (12/26/2006 3:40:05 PM): ok
Tim Weekes (12/26/2006 3:40:39 PM): have you played with your tits yet
Sheila Grant (12/26/2006 3:40:44 PM): yes

Tim Weekes (12/26/2006 3:44:17 PM): have you played with a dick yet
Sheila Grant (12/26/2006 3:44:23 PM): no
Tim Weekes (12/26/2006 3:44:31 PM): thats ok
Tim Weekes (12/26/2006 3:44:41 PM): do you want to
Sheila Grant (12/26/2006 3:44:50 PM): not sure how
Tim Weekes (12/26/2006 3:45:26 PM): you just put your hand around it to start with
Tim Weekes (12/26/2006 3:45:59 PM): then move your hand up and down on it
Sheila Grant (12/26/2006 3:46:05 PM): scared I woud mess up

Tim Weekes (12/26/2006 3:46:24 PM): you wouldnt mess up
Tim Weekes (12/26/2006 3:46:50 PM): it wiuld feel good to have you do that to mine
Sheila Grant (12/26/2006 3:47:09 PM): ok

Tim Weekes (12/26/2006 3:55:51 PM): can you put your hand up under your shirt and play with your tits for me and tell me what you think of it knowing that I know you are doing it
Sheila Grant (12/26/2006 3:56:14 PM): I think I woud get to emberesed
Tim Weekes (12/26/2006 3:57:06 PM): it is ok it is just you and me you can do it
Sheila Grant (12/26/2006 3:57:29 PM): u cant see me right?
Tim Weekes (12/26/2006 3:58:01 PM): no I cannt see you but I wish I could
Sheila Grant (12/26/2006 3:58:11 PM): ok
Sheila Grant (12/26/2006 3:58:23 PM): where are you?
Tim Weekes (12/26/2006 3:58:59 PM): down stars in my house
Sheila Grant (12/26/2006 3:59:17 PM): in sheridan?
Tim Weekes (12/26/2006 3:59:42 PM): no in billings
Sheila Grant (12/26/2006 3:59:48 PM): oh ok
Tim Weekes (12/26/2006 3:59:49 PM): montana

Tim Weekes (12/26/2006 4:06:14 PM): now you can put your hand down your swet and feel your nice wet hot pussy
Sheila Grant (12/26/2006 4:06:28 PM): ok
Tim Weekes (12/26/2006 4:06:29 PM): just rub the top of it
Tim Weekes (12/26/2006 4:07:17 PM): how does that feel cutie
Tim Weekes (12/26/2006 4:07:57 PM): I hope it is making you feel great
Sheila Grant (12/26/2006 4:08:03 PM):
Tim Weekes (12/26/2006 4:08:26 PM): I take that as a yes
Tim Weekes (12/26/2006 4:08:40 PM): is it wet
Tim Weekes (12/26/2006 4:10:50 PM): you are quite so it must feel good
Sheila Grant (12/26/2006 4:10:57 PM): emberesed
Tim Weekes (12/26/2006 4:11:12 PM): it is ok you don't have to be
Tim Weekes (12/26/2006 4:11:37 PM): are you just using one fringer
Sheila Grant (12/26/2006 4:11:47 PM): it is werd doin this on here
Tim Weekes (12/26/2006 4:12:20 PM): it is a little bit
Tim Weekes (12/26/2006 4:12:43 PM): but when you get used to it it is fun
Tim Weekes (12/26/2006 4:13:14 PM): you can start thinking of doing it with the person you are talking to
Tim Weekes (12/26/2006 4:13:51 PM): would you like me to play with your pussy and tits
Sheila Grant (12/26/2006 4:14:05 PM): I gess I coud do that
Tim Weekes (12/26/2006 4:14:49 PM): cool that wiuld be so much fun playing with your pussy and tits
Sheila Grant (12/26/2006 4:15:25 PM): no tellin tho right?
Tim Weekes (12/26/2006 4:15:42 PM): that is right no telling
Tim Weekes (12/26/2006 4:16:11 PM): it is are secret what we do on here and if we meet ok
Sheila Grant (12/26/2006 4:16:43 PM): ok
Tim Weekes (12/26/2006 4:18:56 PM): are you still play with your pussy
Sheila Grant (12/26/2006 4:19:10 PM): no got emberesed

Tim Weekes (12/26/2006 4:35:58 PM): or if you think you can get some naked pics to that would be great too
Tim Weekes (12/26/2006 4:36:09 PM): iam sweet for you
Sheila Grant (12/26/2006 4:36:10 PM): rely?
Tim Weekes (12/26/2006 4:36:46 PM): yep it would be nice to see you naked and with cloths on too
Sheila Grant (12/26/2006 4:36:56 PM): I gess I coud do that
Tim Weekes (12/26/2006 4:37:03 PM): only if you don't mind
Tim Weekes (12/26/2006 4:37:21 PM): cool I like that thanks sweety
Sheila Grant (12/26/2006 4:37:22 PM): u mite be like yuck to skinny
Tim Weekes (12/26/2006 4:37:53 PM): nope I wont I will be mmmmmm nice body
Tim Weekes (12/26/2006 4:38:12 PM): and want to play with it a lot
Tim Weekes (12/26/2006 4:39:58 PM): when is the best times for us to be talking on here cutie
Tim Weekes (12/26/2006 4:40:25 PM): I want to talk to you a lot more too
Sheila Grant (12/26/2006 4:40:30 PM): hard to say mom usly works at like 1 til late sometimes
Tim Weekes (12/26/2006 4:42:01 PM): thats ok you can let me know or I can be watching for you to
Sheila Grant (12/26/2006 4:42:18 PM): ok, I got moms camera
Tim Weekes (12/26/2006 4:42:40 PM): or we just set up a time each time we talk
Tim Weekes (12/26/2006 4:42:46 PM): oh really
Tim Weekes (12/26/2006 4:43:02 PM): what kind is it
Sheila Grant (12/26/2006 4:43:46 PM): canon
Tim Weekes (12/26/2006 4:44:06 PM): cool they are good too
Tim Weekes (12/26/2006 4:44:46 PM): so now you just have to hind out a way to take pics
Sheila Grant (12/26/2006 4:45:11 PM): ya, what all u want me to take
Tim Weekes (12/26/2006 4:46:12 PM): any that you want to me to see
Tim Weekes (12/26/2006 4:47:10 PM): I would love to see your face, body, tits, pussy and ass if you don't mind
Tim Weekes (12/26/2006 4:47:27 PM): and a lot of them too please
Sheila Grant (12/26/2006 4:47:30 PM): ok
Tim Weekes (12/26/2006 4:49:32 PM): great
Sheila Grant (12/26/2006 4:49:33 PM): then what not sure how to put them on here
Tim Weekes (12/26/2006 4:50:08 PM): I can help you
Tim Weekes (12/26/2006 4:50:25 PM): can you get them on to the computer
Sheila Grant (12/26/2006 4:50:52 PM): I can try   still tryin to figure out how to take a pict from behind lol
Tim Weekes (12/26/2006 4:51:22 PM): cool sounds great
Tim Weekes (12/26/2006 4:51:33 PM): are you naked sweety
Sheila Grant (12/26/2006 4:51:54 PM): no still got my top on
Tim Weekes (12/26/2006 4:52:49 PM): oh ok
Tim Weekes (12/26/2006 4:53:11 PM): but your swets and underwear is off
Sheila Grant (12/26/2006 4:53:21 PM):
Tim Weekes (12/26/2006 4:54:19 PM): oh sweety that is so cool
Tim Weekes (12/26/2006 4:54:42 PM): it would be so nice to be there with you right now
Sheila Grant (12/26/2006 4:54:46 PM): ya?
Tim Weekes (12/26/2006 4:55:36 PM): I think I would be playing with your ass and pussy if you wanted me too

Sheila Grant (12/26/2006 4:55:56 PM): like how?
Tim Weekes (12/26/2006 4:56:41 PM): you can take a few pics with your fingers by your pussy or one finger in your pussy
Sheila Grant (12/26/2006 4:57:11 PM): ok but no showin nobody ok?
Tim Weekes (12/26/2006 4:57:11 PM): I would rub it with my fingers and lick it to
Tim Weekes (12/26/2006 4:57:38 PM): I wont show any one sweety
Tim Weekes (12/26/2006 4:57:50 PM): it is just are thing ok

Tim Weekes (12/26/2006 5:24:35 PM): why don't you take off your panties and spred your legs really wide sweety
Sheila Grant (12/26/2006 5:24:51 PM): ok hang on
Tim Weekes (12/26/2006 5:25:08 PM): ok sweety I will be here
Sheila Grant (12/26/2006 5:25:28 PM): ok
Tim Weekes (12/26/2006 5:25:55 PM): cool are your legs spred wide
Sheila Grant (12/26/2006 5:25:57 PM): yes
Tim Weekes (12/26/2006 5:26:11 PM): oh yes that is nice
Tim Weekes (12/26/2006 5:26:51 PM): put a finger on the top of your pussy now
Sheila Grant (12/26/2006 5:26:58 PM): cant rely type like this
Tim Weekes (12/26/2006 5:27:23 PM): thats ok
Tim Weekes (12/26/2006 5:28:03 PM): then slid your finger down to the opening of your pussy
Tim Weekes (12/26/2006 5:28:22 PM): then slowly sled it in you
Tim Weekes (12/26/2006 5:29:51 PM): then just keep moving it in and out of your pussy and doing it faster
Tim Weekes (12/26/2006 5:30:04 PM): and deeper
Tim Weekes (12/26/2006 5:30:36 PM): you can be thinking that iam the one doing it to you
Tim Weekes (12/26/2006 5:31:38 PM): does that feel good sweety
Sheila Grant (12/26/2006 5:31:57 PM): to emberesed I feel kinda werd
Tim Weekes (12/26/2006 5:33:05 PM): thats all ok sweety just don't let it emberes you any it is all ok you are just fine
Sheila Grant (12/26/2006 5:33:23 PM): I neva did nothin like this b4
Tim Weekes (12/26/2006 5:33:29 PM): just let your self go and enjoy the feeling
Tim Weekes (12/26/2006 5:33:46 PM): I know sweety you are doing great
Sheila Grant (12/26/2006 5:34:07 PM): just thot of something how do I get these pics off moms camera
Sheila Grant (12/26/2006 5:34:13 PM): if she sees them I am so busted
Tim Weekes (12/26/2006 5:34:34 PM): a person needs to feel good all off there body
Sheila Grant (12/26/2006 5:35:14 PM): she sees these pic my body is NOT gonna be feelin good
Tim Weekes (12/26/2006 5:35:21 PM): you can delete them, there should be a place to do that on there
Sheila Grant (12/26/2006 5:35:37 PM): ok hang on
Tim Weekes (12/26/2006 5:35:49 PM): ok
Sheila Grant (12/26/2006 5:36:25 PM): ok got it
Tim Weekes (12/26/2006 5:36:42 PM): do you know where the hand book is for it it would tell you how to delete the pics
Sheila Grant (12/26/2006 5:36:49 PM): I beteer go
Tim Weekes (12/26/2006 5:36:49 PM): oh ok sweety

9

Tim Weekes (12/26/2006 5:37:18 PM): ok sweety when sould we talk agin
Sheila Grant (12/26/2006 5:37:28 PM): ok by
Tim Weekes (12/26/2006 5:37:49 PM): my email is weekescustomsaddlery@yahoo.com
Sheila Grant (12/26/2006 5:38:08 PM): ok
Tim Weekes (12/26/2006 5:38:22 PM): you can email me and let me know when we can talk agin
Sheila Grant (12/26/2006 5:38:26 PM): ok
Sheila Grant (12/26/2006 5:38:32 PM): what do I do with the pics on the puter?
Tim Weekes (12/26/2006 5:39:23 PM): you can send them to me now if you want to
Sheila Grant (12/26/2006 5:39:32 PM): ok hang on
Tim Weekes (12/26/2006 5:39:38 PM): ok
Tim Weekes (12/26/2006 5:40:21 PM): then you can delete them from your computer and no one will know
Sheila Grant (12/26/2006 5:40:31 PM): ok moms home gotta jet

    7.      On December 27, 2006, Your Complainant, again using the persona of a 12 year old girl from Sheridan, Wyoming, had another chat with Tim WEEKES. Below are excerpts from the chat:

Tim Weekes (12/27/2006 11:10:09 AM): hello sweety
Sheila Grant (12/27/2006 11:10:29 AM): tryin to do pics
Tim Weekes (12/27/2006 11:11:21 AM): ok sweety you can send them on there to sweety if you want to. the photo share thing
Sheila Grant (12/27/2006 11:12:42 AM): ok I thout I got them on the puter but now I cant find them

Tim Weekes (12/27/2006 11:15:26 AM): do you still want to do more or do you want to stop
Tim Weekes (12/27/2006 11:15:40 AM): I hope you don't want to stop
Sheila Grant (12/27/2006 11:15:47 AM): what do u want me to do?
Tim Weekes (12/27/2006 11:15:55 AM): I like you a lot
Sheila Grant (12/27/2006 11:16:00 AM): I like u 2
Tim Weekes (12/27/2006 11:16:19 AM): cool sounds great
Tim Weekes (12/27/2006 11:16:38 AM): we can keep going on
Tim Weekes (12/27/2006 11:17:04 AM): I would love to be with you in person too
Sheila Grant (12/27/2006 11:17:18 AM): ya that seems better
Sheila Grant (12/27/2006 11:17:29 AM): the cyber thing kinda icks me out
Tim Weekes (12/27/2006 11:18:21 AM): I know sweety but you will get to liking it more as we go on ok

Tim Weekes (12/27/2006 11:24:18 AM): did you find your pics yet
Sheila Grant (12/27/2006 11:24:48 AM): no it said it was copyin them but I don't no where they went
Tim Weekes (12/27/2006 11:25:14 AM): thats ok sweety
Tim Weekes (12/27/2006 11:25:33 AM): you can take more if you want to
Sheila Grant (12/27/2006 11:25:49 AM): ok but I think I woud need help getin them on the puter
Tim Weekes (12/27/2006 11:26:34 AM): do you know where the hand book is for the camera is

10

Tim Weekes (12/27/2006 11:27:02 AM): it will tell you how to put them on the computer
Sheila Grant (12/27/2006 11:27:41 AM): I will look for it
Tim Weekes (12/27/2006 11:27:54 AM): ok sweety
Tim Weekes (12/27/2006 11:28:02 AM): sounds great
Sheila Grant (12/27/2006 11:28:58 AM): ok got the cam, what all u want me to take pics of
Tim Weekes (12/27/2006 11:29:28 AM): all of you
Tim Weekes (12/27/2006 11:29:50 AM): and naked ones too please
Sheila Grant (12/27/2006 11:30:02 AM): ok
Tim Weekes (12/27/2006 11:30:33 AM): thanks sweety
Tim Weekes (12/27/2006 11:31:08 AM): spred your legs wide for you puussy shots ok sweety
Sheila Grant (12/27/2006 11:31:17 AM): ok I will try
Tim Weekes (12/27/2006 11:31:21 AM): and ass shot
Sheila Grant (12/27/2006 11:31:30 AM): ok
Tim Weekes (12/27/2006 11:31:39 AM): ok sweety you are so sweet
Sheila Grant (12/27/2006 11:34:28 AM): kinda hard to do the bottom one
Tim Weekes (12/27/2006 11:35:19 AM): just do what you can do sweety
Sheila Grant (12/27/2006 11:37:06 AM): ok got it, anything else
Tim Weekes (12/27/2006 11:37:28 AM): your tits pussy
Sheila Grant (12/27/2006 11:37:53 AM): got that
Sheila Grant (12/27/2006 11:38:02 AM): I used the miror
Tim Weekes (12/27/2006 11:38:11 AM): all that you want me to see and what you think I would like to see and what you like too sweety
Tim Weekes (12/27/2006 11:38:22 AM): you are good sweety
Sheila Grant (12/27/2006 11:38:43 AM): ok
Tim Weekes (12/27/2006 11:38:55 AM): ok love

      8.     Several minutes later "weekscustomsaddlery" activated a web camera connected to his computer and began to broadcast live images of himself to Your Complainant. Your Complainant observed an adult male masturbating. Additionally, the image being broadcast appeared to be the same individual who sent a picture to Your Complainant on December 26, 2006, as set forth above in Paragraph 5. After "weekscustomsaddlery activated his web camera the following chat took place:

Sheila Grant (12/27/2006 11:53:24 AM): I see that
Sheila Grant (12/27/2006 11:53:33 AM): how come u don't got any hair
Tim Weekes (12/27/2006 11:53:43 AM): you like that
Sheila Grant (12/27/2006 11:53:46 AM): wild
Tim Weekes (12/27/2006 11:53:55 AM): I cut it
Sheila Grant (12/27/2006 11:53:59 AM): I see
Tim Weekes (12/27/2006 11:54:12 AM): you want to play with it
Sheila Grant (12/27/2006 11:54:23 AM): on here?

Sheila Grant (12/27/2006 11:55:18 AM): thats rely wild
Tim Weekes (12/27/2006 11:55:19 AM): here and in person if you want to
Sheila Grant (12/27/2006 11:55:28 AM): how in person?
Sheila Grant (12/27/2006 11:57:01 AM): can I see ur face?
Tim Weekes (12/27/2006 11:57:09 AM): with your hands and mouth if you want to
Sheila Grant (12/27/2006 11:57:16 AM): wild
Sheila Grant (12/27/2006 11:57:46 AM): smile for me
Tim Weekes (12/27/2006 11:57:47 AM): don't you like my cock
Sheila Grant (12/27/2006 11:57:52 AM): ya its prety wild
Tim Weekes (12/27/2006 11:58:15 AM): you can play with your pussy too
Tim Weekes (12/27/2006 11:58:35 AM): and tell me what you are doing to it
Tim Weekes (12/27/2006 11:58:52 AM): that would make me cum for you
Sheila Grant (12/27/2006 11:58:54 AM): still want to see ur smile
Sheila Grant (12/27/2006 11:59:57 AM): thats not rely u you showin a movie huh
Tim Weekes (12/27/2006 12:00:20 PM): ok for a sec. ok then I want to cum for you ok sweety
Sheila Grant (12/27/2006 12:00:26 PM): wild
Tim Weekes (12/27/2006 12:00:30 PM): no it is me

      9.      The chat of December 27, 2006, continued and excerpts are set forth below:
Tim Weekes (12/27/2006 12:14:13 PM): so did you like my cock
Tim Weekes (12/27/2006 12:14:28 PM): I hope it did scare you any
Sheila Grant (12/27/2006 12:16:18 PM): I am here, have pics all over the floor
Tim Weekes (12/27/2006 12:16:47 PM): lol oh no sweety
Tim Weekes (12/27/2006 12:17:01 PM): are they good pics tho
Sheila Grant (12/27/2006 12:17:43 PM): I think so, some not so good  too close
Tim Weekes (12/27/2006 12:18:31 PM): you can send them to me by mail and when you get them into the computer you can send them to me that way too
Sheila Grant (12/27/2006 12:18:43 PM): ok
Tim Weekes (12/27/2006 12:18:47 PM): oh I bet they are just great sweety
Sheila Grant (12/27/2006 12:19:00 PM): not the rely close ones tho?
Tim Weekes (12/27/2006 12:19:35 PM): they are the better ones sweety
Sheila Grant (12/27/2006 12:19:42 PM): ok but no tellin
Tim Weekes (12/27/2006 12:19:55 PM): but you tryed sweety
Tim Weekes (12/27/2006 12:20:47 PM): do you want my address sweety
Sheila Grant (12/27/2006 12:21:05 PM): ok I am gonna be by the mailbox in a bit
Tim Weekes (12/27/2006 12:21:21 PM): ok sounds great
Tim Weekes (12/27/2006 12:21:38 PM): it is: tim weekes
Tim Weekes (12/27/2006 12:21:55 PM): 1804 sylvan lane
Tim Weekes (12/27/2006 12:22:11 PM): billings, montana 59105
Sheila Grant (12/27/2006 12:22:21 PM): r u the only one that can use it? nobody else will see rite?
Tim Weekes (12/27/2006 12:22:48 PM): iam the only one that can see them
Tim Weekes (12/27/2006 12:23:11 PM): I promece
Tim Weekes (12/27/2006 12:23:24 PM): sorry about my spelling
Sheila Grant (12/27/2006 12:23:43 PM): ok tryin to get them in the enbelope
Tim Weekes (12/27/2006 12:24:02 PM): ok sweety
Tim Weekes (12/27/2006 12:24:43 PM): put do try to get them on the computer so you can send

them to me that way too ok sweety
Sheila Grant (12/27/2006 12:24:57 PM): ok I will ask mom
Sheila Grant (12/27/2006 12:25:08 PM): prolly tomorow she is workin way late tonite
Tim Weekes (12/27/2006 12:25:26 PM): ok sweety

Tim Weekes (12/27/2006 12:30:34 PM): oh and told tell any of your friends they mite tell some one on us
Sheila Grant (12/27/2006 12:30:58 PM): ok no prob
Tim Weekes (12/27/2006 12:31:10 PM): inless you have a friend that wants to be friends with you and I
Sheila Grant (12/27/2006 12:31:24 PM): rely?
Tim Weekes (12/27/2006 12:31:53 PM): yes only if you can trust them tho
Tim Weekes (12/27/2006 12:32:13 PM): and if you want them knowing
Tim Weekes (12/27/2006 12:32:46 PM): and if they would like to have fun with us too
Tim Weekes (12/27/2006 12:33:22 PM): but that is all up to you sweety
Sheila Grant (12/27/2006 12:33:46 PM): not sure about all that, what ages are cool?
Tim Weekes (12/27/2006 12:34:18 PM): what do you think on that one
Sheila Grant (12/27/2006 12:34:30 PM): I dunno I neva met anyone like you ever
Tim Weekes (12/27/2006 12:34:33 PM): iam not sure
Tim Weekes (12/27/2006 12:35:01 PM): is that bad that you meet me
Sheila Grant (12/27/2006 12:35:14 PM): lol no, just not sure what age is cool or not
Tim Weekes (12/27/2006 12:35:25 PM): I hope not
Tim Weekes (12/27/2006 12:36:28 PM): well if you come up with some one you can talk to me about it and we can figer it out together ok
Sheila Grant (12/27/2006 12:36:39 PM): it woud be kinda like u was cheetin on me

Tim Weekes (12/27/2006 12:44:14 PM): I will have to come down that way sometime
Sheila Grant (12/27/2006 12:44:19 PM): ok
Tim Weekes (12/27/2006 12:44:59 PM): lol lol you would just love that wouldnt you
Sheila Grant (12/27/2006 12:45:09 PM): ya that woud be cool
Tim Weekes (12/27/2006 12:45:26 PM): have me lick your nice little pussy
Tim Weekes (12/27/2006 12:45:48 PM): and suck on your nice tits too
Sheila Grant (12/27/2006 12:45:54 PM): cool
Tim Weekes (12/27/2006 12:46:04 PM): and play with your nice little ass
Tim Weekes (12/27/2006 12:46:38 PM): what do you think you would like the best
Sheila Grant (12/27/2006 12:47:00 PM): not sure nothin to compare it to ya no
Tim Weekes (12/27/2006 12:47:16 PM): that is true
Sheila Grant (12/27/2006 12:47:28 PM): how long u been into girls my age?
Sheila Grant (12/27/2006 12:47:39 PM): most guys hardly talk to me when I tell them I am 12
Tim Weekes (12/27/2006 12:48:33 PM): well sweety you need some one to be nice to you to don't you
Sheila Grant (12/27/2006 12:48:50 PM): ya
Tim Weekes (12/27/2006 12:49:12 PM): and if you want to play and have fun then it is all ok with me

Tim Weekes (12/27/2006 1:04:25 PM): do you want my cell phone #

13

Tim Weekes (12/27/2006 1:04:37 PM): ok sounds great sweety
Sheila Grant (12/27/2006 1:04:41 PM): ok but is it ok to call from somewheres else?
Tim Weekes (12/27/2006 1:05:30 PM): yes that is the best way and then your mom wont find out
Sheila Grant (12/27/2006 1:05:37 PM): ok what is it
Tim Weekes (12/27/2006 1:06:01 PM): it is 1-406-671-2028
Tim Weekes (12/27/2006 1:06:42 PM): so do you have your cloths back on
Sheila Grant (12/27/2006 1:06:43 PM): ok I will look for u later tonite
Tim Weekes (12/27/2006 1:07:04 PM): ok sweety sounds great
Tim Weekes (12/27/2006 1:07:15 PM): you have fun
Tim Weekes (12/27/2006 1:07:40 PM): talk to you soon
Tim Weekes (12/27/2006 1:08:02 PM): hugs to you

10. Your Complainant, on December 27, 2006, obtained the driver's license photograph of an individual with the name Tim WEEKES from the Montana Department of Transportation. The Montana driver's license listed an address of Tim WEEKES as 1804 Sylvan Lane, Billings, Montana. A comparision of the driver's license photograph with the digital image sent to Your Complainant by "weekscustomsaddlery" on December 26, 2006, at approximately 2:33 PM, as set forth in paragraph 5 above, revealed that they depicted the same person. Additionally, the person who appeared on the web camera masturbating during the December 27, 2006, online chat, as set forth in Paragraph 8 above, also appeared to be the same person as depicted in the Montana driver's license photograph of Tim WEEKES.

**End of Sworn Statement**

## PENALTY SUMMARY
### Complaint

**DATE:** January 3, 2007

**DEFENDANT NAME:** TIMOTHY WEEKES

# VICTIM: NO

**OFFENSE AND PENALTIES:**

| | | |
|---|---|---|
| OFFENSE: | **Ct. 1:** | **18 U.S.C. § 2422(b)** |
| | | (Attempting to Entice a Minor to Engage in Illegal Sexual Activity ) |

PENALTIES:  NLT 10 OR MORE THAN A LIFE TERM OF IMPRISONMENT
$250,000.00 FINE
UP TO LIFE SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT
CLASS "B" FELONY

| | | |
|---|---|---|
| OFFENSE: | **Ct. 2:** | **18 U.S.C. § 2251(a) and (e)** |
| | | (Attempted Child Exploitation) |

PENALTIES:  NLT 15 OR MORE THAN 30 YEARS IMPRISONMENT
$250,000.00 FINE
UP TO LIFE SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT
CLASS "B" FELONY

**TOTALS:**  NLT 15 OR MORE THAN A LIFE TERM OF IMPRISONMENT
$500,000.00 FINE
UP TO LIFE SUPERVISED RELEASE
$200 SPECIAL ASSESSMENT

**AGENT:** Flint Waters/ICAC - DCI     **AUSA:** James C. Anderson

**ESTIMATED TIME OF TRIAL:**     **INTERPRETER NEEDED:**

✓ five days or less          ___ Yes
___ over five days           ✓ No
___ other

**THE GOVERNMENT:**

_X_ will

___ will not

**SEEK DETENTION IN THIS CASE.**

___ The court should not grant bond because the defendant is not bondable because there are detainers from other jurisdictions