
ORIGINAL

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JAN 18 2007

Stephan Harris, Clerk
Cheyenne

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 07-CR-37-B |
| ) | |
| Plaintiff, ) | **Ct 1: 18 U.S.C. § 2422(b)** |
| ) | (Attempting to Entice a Minor to Engage |
| v. ) | in Illegal Sexual Activity) |
| ) | |
| **TIMOTHY WEEKES,** ) | **Ct 2: 18 U.S.C. § 2251(a) and (e)** |
| ) | (Attempted Sexual Exploitation of a Child) |
| Defendant. ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about December 26, 2006, in the District of Wyoming, the Defendant, **TIMOTHY WEEKES**, using a means of interstate commerce, namely the Internet, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which an individual could be charged with a criminal offense, to wit: the Defendant, **TIMOTHY WEEKES**, during an online chat, attempted to persuade an individual he knew from the internet as a 12 year old female, to engage in masturbation, a violation of W.S. § 6-4-303, commonly known as child exploitation.

In violation of 18 U.S.C. § 2422(b).

## COUNT TWO

On or about December 26, 2006, in the District of Wyoming, the Defendant, **TIMOTHY WEEKES,** attempted to persuade, induce, and entice a minor, namely a person he thought to be a 12 year old girl, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such visual depiction, if created, would have been transported in interstate commerce.

In violation of 18 U.S.C. § 2251(a) and (e).

A TRUE BILL:

_____
FOREPERSON

_____
MATTHEW H. MEAD
United States Attorney
(1/09/07; 6:00 p.m.)

2

# PENALTY SUMMARY-INDICTMENT

**DATE:** JANUARY 16, 2007

**DEFENDANT NAME:** TIMOTHY WEEKES

**ADDRESS:** 1408 Sylvan, Billings, Mt.

**VICTIM:** NO

**OFFENSE AND PENALTIES:**

| | | |
|---|---|---|
| OFFENSE: | Ct. 1: | **Attempting to Persuade a Minor to Engage in Illegal Sexual Act** -18 U.S.C. § 2422(b) |
| PENALTIES: | | NLT 10 OR MORE THAN A LIFE TERM OF IMPRISONMENT<br>$250,000.00 FINE<br>NLT THAN 5 YEAR OR MORE THAN A LIFE TERM OF SUPERVISED RELEASE<br>$100 SPECIAL ASSESSMENT |
| OFFENSE: | Ct. 2: | **Attempted Sexual Exploitation of a Child**<br>18 U.S.C. § 2251(a) and (e) |
| PENALTIES | | NLT 15 OR MORE THAN 30 YEARS IMPRISONMENT<br>$ 250,000.00 FINE<br>NLT THAN 5 OR MORE THAN A LIFE TERM OF SUPERVISED RELEASE<br>$100.00 |
| TOTAL PENALTY: | | NLT 10 YEARS TO A TERM OF LIFE IMPRISONMENT<br>$500,000.00 FINE<br>NLT THAN 5 OR MORE THAN A LIFE TERM OF SUPERVISED RELEASE<br>$200 SPECIAL ASSESSMENT |

**AGENT:** FLINT WATERS  **AUSA:** JIM ANDERSON

**ESTIMATED TIME OF TRIAL:**  **INTERPRETER NEEDED:**

✓ five days or less          ___ Yes
___ over five days           ✓ No
___ other

**THE GOVERNMENT:**

✓ will

___ will not

___ The court should not grant bond because the defendant is not bondable because there are detainers from other jurisdictions

**SEEK DETENTION IN THIS CASE.**